IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Benbow, Yvette E

Printed: 12/23/08

Case Number:  06 B 15279
Judge:  Hollis, Pamela S
Filed:  11/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 10, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 68,172.00 |  |
| Secured: |  | 63,997.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 392.95 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 3,781.99 |
| Other Funds: |  | 0.00 |
| Totals: | 68,172.00 | 68,172.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | TCF Bank | Secured | 6,900.00 | 5,963.43 |
| 2. | AmTrust Bank | Secured | 52,523.34 | 45,173.08 |
| 3. | TCF Bank | Secured | 1,756.63 | 1,756.63 |
| 4. | AmTrust Bank | Secured | 11,103.92 | 11,103.92 |
| 5. | Illinois Dept of Revenue | Priority | 392.95 | 392.95 |
| 6. | Illinois Dept of Revenue | Unsecured | 39.24 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 2,110.79 | 0.00 |
| 8. | Wells Fargo Ed Fin Servs | Unsecured | 22,424.86 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 9,452.08 | 0.00 |
| 10. | John H Stroger Jr Hospital | Unsecured | | No Claim Filed |
| 11. | Eastern Collection Corp. | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Sherman Dental Associates Of Evanston | Unsecured | | No Claim Filed |
| 15. | Weltman Weinberg & Reis Co LPA | Unsecured | | No Claim Filed |
| 16. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 17. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 18. | National Enterprise System | Unsecured | | No Claim Filed |
| | | | $ 106,703.81 | $ 64,390.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Benbow, Yvette E

Printed: 12/23/08

Case Number:  06 B 15279
Judge:  Hollis, Pamela S
Filed:  11/21/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 544.03 |
| 5.4% | 2,250.81 |
| 6.5% | 855.15 |
| 6.6% | 132.00 |
| | $ 3,781.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

